IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL CARPENTER,

    Petitioner,

v.

J. BALTAZAR,
WARDEN, USP CANAAN,

    Respondent.

Civ. No. 16 CV 2327

FILED SCRANTON

NOV 21 2016

PER _____ DEPUTY CLERK

## MOTION TO SUPPLEMENT § 2241 PETITION

NOW COMES Daniel E. Carpenter, by himself, and requests leave to supplement his § 2241 as follows: On November 15, 2016 I caused to be mailed to this Court a Petition for § 2241 Habeas Relief and accompanying Rule 65 (b) motion for preliminary injunctive relief. I included with that petition various attachments, including copies of grievances I had filed with the Bureau of Prisons (BoP) regarding my habeas claim. I inadvertently failed to include with that attachment a copy of my BP-11 grievance to the BoP Central Office, which is the final stage of the BoP grievance procedure. I attach a copy to this motion and request leave to have it included in the record as part of my habeas proceeding.

Daniel E. Carpenter: 11/18/2016

### CERTIFICATE OF SERVICE

On this 18th day of November, I caused to be sent by first class mail a copy of this Motion to Supplement to: U.S. Attorney for the Middle District of Pennsylvania, Wm J. Nealon Federal Bldg and Courthouse, 235 N. Washington Avenue, # 311, Scranton, PA 18503:

Daniel E. Carpenter
Fed. Reg. 90792-038
USP Canaan Satellite Camp
P.O. Box 200
Waymart, PA 18472

# Central Office Administrative Remedy Appeal

U.S. Department of Justice
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: CARPENTER DANIEL E          90792-038    Unit G    FPC Canaan
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

I am appealing the denial of my BP-8, BP-9, and BP-10 based on the fact that the staff at USP Canaan misunderstand the BOP's own Regulations, Program Statements, and clear cut Memorandums from people like Mr. Brett Kiser. Please see Memo from May 24, 2013. In fact, 18 U.S.C. 3624(c) states that "The Director of the BOP SHALL ENSURE... that some portion of the last 12 months" be spent in either an RRC or Home Confinement under 3624(c)(2). The staff here at Canaan refuse to process my RRC Referral paperwork in violation of the law and ALL BOP Regulations and Program Statements. My HPED was Oct 10, 2016. Please help me with this. Thank you,

Nov 11 2016    My Full Time Release is Jun 26 2017    /s/ Daniel E Carpenter
DATE                                                  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____ DATE                                    _____ GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____ DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
USP LVN                                                              BP-231(13)
                                                                     JUNE 2002