FILED
SCRANTON

FEB 28 2017

PER_____
DEPUTY CLERK

Daniel Carpenter 90792-038
USP Canaan
SPECIAL MAL - OPEN ONLY IN THE PRESENCE OF THE INMATE
PO Box 200
Waymart, PA 18472

The following transaction was entered on 2/21/2017 at 2:51 PM EST and filed on 2/21/2017
Case Name:       Carpenter v. Baltazar
Case Number:     3:16-cv-02327-RDM-LQ
Filer:
Document Number: No document attached

Docket Text:
**VERBAL ORDER - Case Reassigned to Honorable Robert D. Mariani. Honorable Edwin M. Kosik no longer assigned to the case. (ep)**

:E OF THE CLERK
TES DISTRICT COURT
RICT OF PENNSYLVANIA
EDERAL BLDG. & U.S. COURTHOUSE
WASHINGTON AVENUE
.O. BOX 1148
ON, PA 18501-1148

FICIAL BUSINESS

LEHIGH VALLEY
PA 180
21 FEB '17
PM 3 L

neopost   FIRST
02/21/2017
US POSTAGE $00



RECEIVED
SCRANTON
FEB 28 2017

PER_____
DEPUTY CLERK

NIXIE         176  FE 1         0002/25/17
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
     BC: 18501114848    *0319-06744-25-

