# IN THE U.S. DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL CARPENTER,

   Petitioner,

v.

J. BALTAZAR,
WARDEN, USP CANAAN,

   Respondent.

Civ. No. 16-cv-02327

FILED
SCRANTON

APR 0 7 2017

PER _____ DEPUTY CLERK

## REQUEST TO AMEND PETITION
## FOR HABEAS RELIEF UNDER 28 U.S.C. § 2241

NOW COMES THE PETITIONER, DANIEL CARPENTER, by himself, *pro se*, to respectfully request this Court grant him leave to file an amended Section 2241 Petition under the Federal Rules of Civil Procedure, Rule 15. Petitioner looks to have this Court require that the Respondent pay damages in the amount of $10,000 per day to be assessed for every day of unlawful incarceration from October 10, 2016 through January 26, 2017, inclusive, as this is the time period that the Petitioner should have been on Home Confinement pursuant to 18 U.S.C. §3624. Despite the fact that he is no longer incarcerated at Canaan, the Petitioner firmly believes the favorable adjudication of this case will be important to every Federal prisoner in America in determining Home Confinement and Halfway House recommendations under the Second Chance Act going forward. Please use the new address below.

Date: April 6, 2017

                                                   _____
                                                  Daniel Carpenter
                                                  Petitioner, *pro se*
                                                  18 Pondside Lane
                                                  West Simsbury, CT 06092

Extremely Urgent

Page 1 of 1

ORIGIN ID:MPEA (860) 408-7000
JOE CASTAGNO
10 TOWER LANE
FIRST FLOOR
AVON, CT 06001
UNITED STATES US

SHIP DATE: 06APR17
ACTWGT: 1.00 LB
CAD: 103918651/INET3850

BILL SENDER

TO HONORABLE ROBERT D. MARIANI
WILLIAM J. NEALON FEDERAL BUILDING
US COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON PA 18501
(570) 207-5600          REF:
INV:
PO:                     DEPT:



FRI - 07 APR 3:00P
TRK# 0201 7788 4550 1416    STANDARD OVERNIGHT

EQ AVPA                     18501
                      PA-US ABE



RT 677   1   B
FZ      15:00 1416
              04.07