BDB:MAS:cer:mmr

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL CARPENTER,<br>Petitioner | : | NO. 3:16-cv-2327 |
| | : | |
| v. | : | (Kosik, J.) |
| | : | |
| J. BALTAZAR,<br>Respondent | : | Electronically Filed |

### PRAECIPE TO SUBSTITUTE COUNSEL

To the Clerk of the District Court:

Please enter the appearance of Melissa A. Swauger, Assistant United States Attorney for the Middle District of Pennsylvania, and

substitute her as counsel for respondent in place of Mark E. Morrison, Assistant United States Attorney.

                                              Respectfully submitted,

                                              BRUCE D. BRANDLER
                                              United States Attorney

                                              s/ Melissa A. Swauger
                                              Melissa A. Swauger
                                              Assistant United States Attorney
                                              PA 82382
                                              Cynthia E. Roman
                                              Paralegal Specialist
                                              316 Federal Building
                                              240 West Third Street
                                              Williamsport, PA 17701
                                              Phone:   717-221-4482
                                              Fax: 717- 221-4493
                                              Melissa.swauger@usdoj.gov

Approved: _____      _____
                Edwin M. Kosik                       Date
                United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL CARPENTER,<br>  Petitioner | : | NO. 3:16-cv-2327 |
| | : | |
| v. | : | (Kosik, J.) |
| | : | |
| J. BALTAZAR,<br>  Respondent | : | Electronically Filed |

### CERTIFICATE OF SERVICE BY MAIL

  The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

  That on June 8, 2017, she served a copy of the attached

### PRAECIPE TO SUBSTITUTE COUNSEL

by placing said copy in a postpaid envelope addressed to Petitioner, at the place and address stated below, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Daniel Carpenter
18 Pond Side Lane
West Simsbury, CT 06092

        /s/ Melissa M. Rooney
        Melissa M. Rooney, Contractor
        Senior Litigation Paralegal