## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL CARPENTER, | : | Civil No. 3:16-cv-2327 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| WARDEN J. BALTAZAR, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this ___8th___ day of June, 2017, upon consideration of Respondent's praecipe to substitute counsel (Doc. 19), wherein Melissa A. Swauger, Assistant United States Attorney for the Middle District of Pennsylvania, requests that the Court substitute her as counsel for Respondent in place of Mark E. Morrison, Assistant United States Attorney, **IT IS HEREBY ORDERED THAT:**

1.   The praecipe to substitute counsel (Doc. 19) is **APPROVED**.

2.   The Clerk of Court is directed to **SUBSTITUTE** Melissa A. Swauger, Assistant United States Attorney for the Middle District of Pennsylvania, as counsel for Respondent in place of Mark E. Morrison, Assistant United States Attorney.

Robert D. Mariani
United States District Judge