IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL CARPENTER, | : | Civil No. 3:16-cv-2327 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN J. BALTAZAR, | : | |
| Respondent | : | |

### ORDER

**AND NOW**, this 24th day of January, 2018, upon consideration of Petitioner's motion (Doc. 17) for reconsideration pursuant to Federal Rule of Civil Procedure 60(b)(6), and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 17) is **DENIED**.

Robert D. Mariani
United States District Judge